IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JACKIE ROBINSON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Civil Action No. 7:13-CV-92 (HL)

COLQUITT EMC, et al.,

    Defendant.

### ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. 39) of the Court's March 3, 2014 Order denying Plaintiff's request for electronic discovery. Plaintiff thereafter filed a Motion for Reconsideration on March 5, 2014 (Doc. 30). The Court denied that motion on March 24, 2014 (Doc. 34). The Court denies Plaintiff's renewed motion for reconsideration.

Plaintiff moves the Court for reconsideration pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 7.6. Local Rule 7.6 provides that "[m]otions for reconsideration shall not be filed as a matter of routine practice." M.D. Ga. L.R. 7.6. However, when a party "believes it is absolutely necessary to file a motion to reconsider an order or judgment, the motion shall be filed with the Clerk of court within fourteen (14) days after entry of the order." Id. The Court denied Plaintiff's motion for electronic discovery on March 3, 2014. While Plaintiff filed his initial Motion for Reconsideration in a timely fashion, this renewed motion requesting reconsideration of the same order is out of time and shall not be considered by the Court.

Plaintiff requests reconsideration based on the alleged discovery of new evidence not previously available to him. Fed. R. Civ. P. 59 (e); In re Kellog, 197 F.3d 1116, 1119 (11th Cir. 1999). Plaintiff attaches two exhibits in support to his claim, neither of which the Court finds to be helpful in reviewing this matter. Plaintiff's motion is denied.

**SO ORDERED**, this 10th day of April, 2014.

s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

aks