IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**JACKIE ROBINSON**,

    Plaintiff,

v.

**COLQUITT EMC, et al.**,

    Defendant.

Civil Action No. 7:13-CV-92 (HL)

### ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. 44) of the Court's March 31, 2014 order denying Plaintiff's Motion for Recusal (Doc. 36) and Plaintiff's third motion (Doc. 45) requesting that the Court reconsider two prior orders denying Plaintiff's repeated request for electronic discovery (Docs. 34, 43). The Court denies both motions.

Plaintiff is directed to file no further motions pertaining to either the Order denying Plaintiff's Motion for Recusal (Doc. 36) or to the Orders addressing to Plaintiff's numerous requests for the Court to reconsider its ruling on the electronic discovery issue (Docs. 34, 43). Failure to abide by the Court's directive will result in citation for contempt. The possible penalty for such citation includes dismissal of Plaintiff's case.

**SO ORDERED**, this 14th day of April, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**