IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**JACKIE ROBINSON**,

    Plaintiff,

v.

**COLQUITT EMC, et al.**,

    Defendants.

Civil Action No. 7:13-CV-92 (HL)

**ORDER**

This case is before the Court on the parties' Amended Consent Motion to Amend Complaint to Drop Defendants. (Doc. 51). The motion is granted. The Court hereby dismisses Defendants Justin Brown, John Fisher, Ray Parish, John Doe, and Jane Doe as parties to this action.

**SO ORDERED**, this 9th day of July, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks